AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BRIAN E. STENZ

)
)  Case: 1:21-mj-00409
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 4/28/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    BRIAN E. STENZ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry or Disorderly Conduct;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/28/2021

2021.04.28 17:37:46 -04'00'
Issuing officer's signature

City and state:   Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 4/28/2021, and the person was arrested on (date) 4/30/2021
at (city and state) FORT WASHINGTON, PA.

Date: 04/30/2021

Arresting officer's signature

JOSEPH C. McGINN, SPECIAL AGENT, FBI
Printed name and title