IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-CR-00456-(BAH) |
| | ) | |
| | ) | |
| BRIAN STENZ, DEFENDANT. | ) | |

**Motion for Admission of Attorney, Joseph M. Marrone *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant, Brian Stenz, moves for the admission and appearance of attorney, Joseph M. Marrone, *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Joseph M. Marrone, filed herewith. As set forth in Mr. Marrone's declaration, he is admitted and an active member in good standing in the following courts and bars:

| Court | Admission |
|---|---|
| Supreme Court of the United States | October 7, 1996 |
| United States Court of Appeals for the Third Circuit | December 5, 1995 |
| Federal District Court for the District of New Jersey | December 19, 1991 |
| Federal District Court for the Eastern District of Pennsylvania | December 23, 1992 |
| Federal District Court for the Eastern District of New York | December 4, 2009 |
| Federal District Court for the Southern District of New York | December 22, 2009 |
| Commonwealth of Pennsylvania | June 18, 1992 |

| State of New Jersey | December 19, 1991 |
|---|---|
| State of New York | September 22, 2004 |

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 9th day of July, 2021, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court. The filing fee was paid online at the time of filing.

_____/S/_____
Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-CR-00456-(BAH) |
| | ) | |
| | ) | |
| BRIAN STENZ, Defendant. | ) | |

**ORDER**

Pending before the Court is the Motion of Defendant, BRIAN STENZ, seeking admission of his attorney, JOSEPH M. MARRONE, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the Motion, finding it meritorious, the Court grants Attorney Marrone's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of July, 2021.

> BERYL A. HOWELL
> CHIEF JUDGE
> United States District Court