UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  1:21-CR-00456-(BAH) |
| | : | |
| BRIAN STENZ | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF SAID COURT:

Enter my appearance, *pro hac vice*, on behalf of the Defendant, BRIAN STENZ.

Papers may be served at the address set forth below.

Date:  July 12, 2021                              /s/ Joseph M. Marrone
                                        JOSEPH M. MARRONE
                                        Marrone Law Firm, LLC
                                        200 S. Broad Street, Suite 400
                                        Philadelphia, PA 19102
                                        215-732-6700
                                        215-732-7660-Fax
                                        JMarrone@MarroneLaw.Com