UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.:  1:21-CR-456-BAH |
| BRIAN E. STENZ, : | |
| Defendant. : | |

## UNOPPOSED MOTION TO CONTINUE OCTOBER 15, 2021 STATUS CONFERENCE FOR 30 DAYS

The United States of America, through counsel, respectfully requests the Court to grant the Unopposed Motion to Continue the October 15, 2021 Status Conference for 30 days. The Government further requests the Court exclude the period of the continuance from the computation of time under the Speedy Trial Act.  In support of this motion, the Government states as follows:

1. On July 16, 2021 the Court held a Status Conference in this case. The parties discussed that discovery had been provided to counsel for the Defendant, and that the Government would continue to supplement discovery.  The Court set the next Status Conference for September 17, 2021.

2. The Government continues to provide supplemental discovery.

3. On September 14, 2021, the Government filed an Unopposed Motion to Continue the Status Conference, which the Court granted.  The Court set the next Status Conference for October 15th, 2021.

4. On September 21, 2021, the undersigned was assigned to take over this case for AUSA Frances Blake.

5. On September 30, 2021, the undersigned filed a Notice of Substitution of Counsel.

6. The parties have discussed the possibility of pretrial resolution of this case and are in the process of finalizing the parameters of a plea agreement but need additional time to do so.

7.      On October 6, 2021, counsel for Defendant and the United States agreed that the October 15, 2021 hearing, should be continued for approximately 30 days.  The parties in that discussion also agreed to exclude from the computation of time under the Speedy Trial Act the time between October 15, 2021 and the next set Status Conference. The parties also request that the Court conduct the next setting via videoconference.

8.      WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court grant this Motion to Continue the October 15, 2021 Setting for 30 Days, and further requests that the Court exclude the period from October 15, 2021 until the next setting in this case from the computation of time under the Speedy Trial Act.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/ *Grace Albinson*
GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 598-3276
GAlbinson@usa.doj.gov

## **CERTIFICATE OF SERVICE**

On October 6, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee
