UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No.:   1:21-CR-456-BAH |
| | : | |
| BRIAN E. STENZ, | : | |
| Defendant. | : | |

## UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO EVIDENCE RE: BRIAN E. STENZ SENTENCING

Per this Honorable Court's November 8, 2021 Minute Order, the United States has made the following video evidence available to the Court electronically:

| Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 1 | Exhibit 1 | Open-Source Media (www.youtube.com) | Video |
| 2 | Exhibit 2 | U.S. Capitol Police | CCTV video |
| 3 | Exhibit 3 | Open-Source Media (ABC News Facebook) | Video |

The Government does not object to the public release of the above-listed videos.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Grace Albinson*
GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 598-3276
Grace.E.Albinson@usdoj.gov

**CERTIFICATE OF SERVICE**

On February 3, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee